IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-CV-00412 BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

TIMOTHY DOYLE YOUNG,

Plaintiff,

v.

MR. MADISON, individually,

Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which Plaintiff files in response to this Order must include the civil action number that is noted on the Order.

To the extent that Plaintiff claims he is unable to obtain a certified copy of his trust fund account statement and cites to *Young v. Wiley*, No. 07-cv-02240-BNB (Filed Oct. 24, 2007), for a finding that the U.S. Bureau of Prisons (BOP) is withholding from

him certified copies of his account statements, the Court finds that his reliance on Case No. 07-cv-02240-BNB is without basis. Even though in Case No. 07-cv-02240-BNB Mr. Young claims he has not received copies of his trust fund account statements since May 2007, the BOP provided contrary evidence that Plaintiff received two copies of his trust fund account statement on November 19, 2007, in response to his request for ten copies. *See Young*, No. 07-cv-02240-BNB, Doc. No. 9 at Ex. 3.

Furthermore, according to BOP procedures if Mr. Young needs numerous copies of the certified account statement to provide to the Court he may make copies of the statement or request that a member of the Unit Team make copies for him. *See Young*, No. 07-cv-02240-BNB, Doc. No. 9 at 3. Simply because Plaintiff may not agree with or desires not to follow BOP procedures he may not proceed without providing a certified copy of his trust fund account statement to the Court. If Plaintiff fails to comply with the instant Order and insists on objecting to the Court's requirements the Complaint and action will be subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

## 28 U.S.C. § 1915 Motion and Affidavit:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the Court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court.
Only an original has been received.
(9) ___ other:_____

## Complaint, Petition or Application:

(10) ___ is not submitted
(11) ___ is not on proper form (must use the Court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the Court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(17) ___ names in caption do not match names in text
(18) ___ other: _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order.** Any papers which Plaintiff files in response to this Order must include the civil action number noted on the Order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the Complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 28th day of February, 2008.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 0 0 4 1 2**

Timothy Doyle Young
Reg. No. 60012-001
ADX -- Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7-28-08 .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk