IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00412-BNB

TIMOTHY DOYLE YOUNG,

Plaintiff,

v.

MR. MADISON,

Defendant.

## ORDER DISMISSING CASE

Plaintiff Timothy Doyle Young, a federal prisoner housed in the State of Colorado, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On February 28, 2008, Magistrate Judge Boyd N. Boland ordered Plaintiff to file a certified copy of this trust fund account statement. As opposed to complying with the February 28, 2008, Order, Plaintiff filed a Motion for Dismissal.

In the Motion for Dismissal, Plaintiff requests that the Complaint and action be dismissed pursuant to Fed. R. Civ. P. 41(a) because of the facts he raises in the Motion for Dismissal that he filed in *Young v. United States*, No. 08-cv-00226-BNB (D. Colo. Transferred from N. D. Calif. Feb 01, 2008) The Court must construe the Motion liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse

party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2$^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Motion as a Notice of Dismissal filed pursuant to Rule 41(a)(1). The file will be closed as of March 11, 2008, the date the Notice was filed with the Court. ***See Hyde Constr. Co.***, 388 F.2$^d$ at 507. Accordingly, it is

ORDERED that the Motion is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and is effective as of March 11, 2008, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this 9 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00412-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4-10-08.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk